**CARGILL, INCORPORATED, Plaintiff–Cross Appellant,**

v.

**ZEIGLER BROS., INC., Defendant–Appellant.**

No. 05–1589, 06–1006.

United States Court of Appeals, Federal Circuit.

Jan. 23, 2006.

ORDER

The parties having so agreed, it is

_____

court action to this court pursuant to 28 U.S.C. § 1631.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).